UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

RICARDO RICHARD,

        Plaintiff,                Case No. 2:20-cv-190

v.                                       Honorable Paul L. Maloney

MICHAEL MCLEAN,

        Defendant.
_____/

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's federal law claims are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that Plaintiff's state law claims, if any, are **DISMISSED WITHOUT PREJUDICE** because the Court declines to exercise supplemental jurisdiction over them.

Dated:   October 22, 2020                  /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          United States District Judge